Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID HARRINGTON,** | ) Case No. **2:12-cv-02426-GEB-CKD** |
| | ) |
| Plaintiff, | ) **JOINT REQUEST TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| | ) |
| Defendant. | ) |

    NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. A proposed order has been concurrently submitted to this Court via email.

    Respectfully submitted this 21st day of October, 2013

    By: <u>s/Todd M. Friedman</u>
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

    By: <u>s/Arvin Lugay</u>
        Simmonds & Narita LLP
        Attorney for Defendant

Filed electronically on this 21st day of October, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Arvin C. Lugay
SIMMONDS & NARITA
44 Montgomery St.
Suite 3010
San Francisco CA 94104-4816

This 21st day of October, 2013.

s/Todd M. Friedman
Todd M. Friedman